**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00217-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JUAN CARLOS RODRIGUEZ-ESCOBEDO,

      Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Escobedo is set **Monday, June 7, 2010 at 10:00 a.m.** in Courtroom 401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: May 25, 2010